Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*May 07, 2025*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § | CRIMINAL NO. 4:25-cr-00228 |
| v. | | |
| CHRISTIANA OGBONNAYA,<br>Defendant | | Making or Using False Writings or Documents<br>18 U.S.C. § 1001(a)(3)) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant CHRISTIANA OGBONNAYA, served as a registered nurse with the Department of Veterans Affairs ("VA") at the Houston VA Medical Center Hospital located in the Southern District of Texas. Defendant was licensed as a registered nurse since September of 2010, and she started working at the VA Medical Center Hospital in 2019.

2. From on or about July 26, 2024, to on or about July 27, 2024, Defendant CHRISTIANA OGBONNAYA was on duty acting in her official capacity as a nurse at the Houston VA Medical Center, from 7:30 p.m., until 8:00 a.m..

3. From on or about July 26, 2024, to on or about July 27, 2024, Defendant CHRISTIANA OGBONNAYA was the charge nurse responsible for three patients, one of which included patient J.D.

4. On July 27, 2024, at approximately 4:39 a.m., patient J.D. was found unresponsive seated next to his hospital bed with a phone charging cable wrapped around his neck and a compression sock in his mouth.

5. On July 27, 2024, at approximately 5:05 a.m., patient J.D. was pronounced death at the Houston VA Medical Center.

### COUNT ONE
### Making or Using False Writings or Documents
### (18 U.S.C. § 1001(a)(3))

From on or about July 26, 2024, to on or about July 27, 2024, in the Houston Division of the Southern District of Texas, the Defendant,

**CHRISTIANA OGBONNAYA,**

did willfully and knowingly make false writings in an electronic document, knowing the same to contain a materially false, fictitious, and fraudulent statements and entries in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Veterans Affairs, by inserting notes in the VA's Computerized Patient Record System claiming that she had observed patient J.D. at 11:10 p.m. on July 26, 2024, and at 1:15 a.m. and 2:55 a.m. on July 27, 2024, in his room at the Houston VA Medical Center. The statements and representations were false because, as CHRISTIANA OGBONNAYA's then and there knew, she last visited patient J.D. at approximately 8:45 p.m. on July 26, 2024, and did not have any contact with patient J.D. again until July 27, 2024, at approximately 4:40 a.m., when he was found unresponsive.

**In violation of Title 18, United States Code, Section 1001 (a)(3).**

(SIGNATURES ON NEXT PAGE)

A TRUE BILL:

_Original Signature on File_
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: _____
Kelly Zenón-Matos
Assistant United States Attorney