IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § Plaintiff, § § vs. § § **CHRISTIANA OGBONNAYA** § § § § § | Criminal No. 4:25-cr-00228 |

## **AMENDED ORDER SUBSTITUTING COUNSEL**

On the _____ day of _____, 202\_\_, came on to be considered the above and forgoing Motion for Substitution of Counsel by Vonnie Clay Dones III. After consideration of the motion, it is hereby:

_____ GRANTED, and Vonnie Clay Dones III is substituted as new counsel for the Defendant in place of **DEVIN PRATER**.  **DEVIN PRATER** is relieved of his obligations and duties to this court as counsel for the Defendant in this case.

_____ DENIED, to which the Defendant excepts.

Signed on _____

_____
JUDGE PRESIDING, UNITED STATES
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that on May 19, 2025, a true and correct copy of the above and foregoing Motion to Substitute was served via the Court's CM/ECF system to counsel for the United States Attorney's Office for the Southern District of Texas.

/s/ Vonnie Clay Dones III
Vonnie Clay Dones III, Esq.